**1433 BALCH ET AL. vs. THE CITY OF DETROIT, No. 15528.**
(Certiorari to Wayne.)

To compel respondent to pay over to relators the amount awarded to them as damages, in a street opening proceeding, or in case it shall appear that there is no money in any fund applicable to such payment, that the amount of said award may be included in the next tax levy.

The circuit judge denied the writ. Reversed and writ granted May 12, 1896, with costs.

**1434 CHUBB vs. TOWNSHIP BOARD (Scio), 3 M., 121.**

To compel respondents to pay damages to a party through whose lands a highway was claimed to have been laid.

Denied 1854.

Held, that it did not appear that the road was ever legally laid out or established.